**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARIA NYIRADI and PETER WAHLER, Derivatively on Behalf of BORGWARNER INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALEXIS P. MICHAS, DENNIS C. CUNEO, JOHN R. MCKERNAN, JR., VICKI L. SATO, MICHAEL S. HANLEY, TIMOTHY M. MANGANELLO, ROBIN J. ADAMS, JAMES R. VERRIER, JAN CARLSON, THOMAS T. STALLKAMP, ROGER A. KRONE, RICHARD O. SCHAUM, ERNEST J. NOVAK, JR., JERE A. DRUMMOND, PHYLLIS O. BONANNO, DAVID T. BROWN, RONALD T. HUNDZINSKI, and JOHN J. GASPAROVIC, <br><br> Defendants, <br> -and- <br><br> BORGWARNER INC., a Delaware Corporation, <br><br> Nominal Defendant. | C.A. No. 20-1700-RGA |

**STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AND [PROPOSED] ORDER**

WHEREAS, on December 29, 2020, plaintiffs Maria Nyiradi and Peter Wahler ("Plaintiffs") filed a stockholder derivative action on behalf of BorgWarner, Inc. ("BorgWarner" or the "Company");

WHEREAS, on March 1, 2021, Defendants[1] filed a motion to dismiss Plaintiffs' complaint (D.I. 31);

---

[1] "Defendants" refers collectively to BorgWarner and individual defendants Alexis P. Michas, Dennis C. Cuneo, John R. Mckernan, Jr., Vicki L. Sato, Michael S. Hanley, Timothy M. Manganello, Robin J. Adams, James R. Verrier, Jan Carlson, Thomas T. Stallkamp, Roger A. Krone, Richard O. Schaum, Ernest J. Novak, Jr., Jere A. Drummond, Phyllis O. Bonanno, David T. Brown, Ronald T. Hundzinski, and John J. Gasparovic.

WHEREAS, Plaintiffs, through their counsel of record and pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, now seeks voluntary dismissal of the above-captioned action without prejudice;

WHEREAS the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the action on the merits, that each Party has complied with Rule 11, and that each Party shall bear his, her, or its own fees and costs incurred in connection with the action; and

WHEREAS, the parties respectfully submit that notice of this dismissal to stockholders pursuant to Federal Rule of Civil Procedure 23.1(c) is not necessary to protect the interests of BorgWarner and its stockholders because: (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither Plaintiffs nor their counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties through their undersigned counsel, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to Court approval, that:

1. This action is dismissed in its entirety without prejudice;

2. For the reasons stated above, no notice of this dismissal is required; and

3. The parties are to bear their own costs, fees, and expenses.

IT IS SO STIPULATED.

Dated: April 22, 2021                    **COOCH AND TAYLOR, P.A.**

*/s/Blake A. Bennett*
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange Street, Suite 1120
Wilmington, DE 19801
Telephone: (302) 984-3800
Facsimile:  (302) 984-3939
OF COUNSEL:                              E-mail: bbennett@coochtaylor.com

| | |
|---|---|
| **ROBBINS LLP**<br>Brian J. Robbins<br>Stephen J. Oddo<br>Kevin A. Seely<br>Trevor S. Locko<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: brobbins@robbinsllp.com<br>     soddo@robbinsllp.com<br>     kseely@robbinsllp.com<br>     tlocko@robbinsllp.com | *Attorneys for Plaintiffs* |
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Elena C. Norman*<br>Elena C. Norman (No. 4780)<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-5029<br>E-mail: enorman@ycst.com |
| OF COUNSEL:<br><br>Jonathan K. Youngwood<br>Janet A. Gochman<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Ave.<br>New York, New York 10017-3954<br>(212) 455-2000<br>E-mail: jyoungwood@stblaw.com<br>     jgochman@stblaw.com | *Attorneys for defendants Alexis P. Michas, Dennis C. Cuneo, John R. McKernan, Jr., Vicki L. Sato, Michael S. Hanley, Timothy M. Manganello, Robin J. Adams, James R. Verrier, Jan Carlson, Thomas T. Stallkamp, Roger A. Krone, Richard O. Schaum, Ernest J. Novak, Jr., Jere A. Drummond, Phyllis O. Bonanno, David T. Brown, Ronald T. Hundzinski, and John J. Gasparovic and Nominal Defendant BorgWarner Inc.* |

1516853_1

SO ORDERED this _____ day of _____, 2021.

_____
United States District Judge